HAKOB J. MESROPIAN (SBN 345349)
Hakob.Mesropian@Dinsmore.com
**DINSMORE & SHOHL LLP**
550 South Hope Street, Suite 2800
Los Angeles, CA 90071
Tel: (213) 596-0010
Fax: (619) 400-0501

Attorney for Defendant GREEN DOT BANK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GAMEZ NAVARRO, | Case No. 3:26-cv-01166-W-DDL |
| Plaintiff. | **DEFENDANT GREEN DOT BANK'S CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| GREEN DOT BANK, | Complaint Filed: February 23, 2026<br>Trial Date: None Set |
| Defendant. | Judge Thomas J. Whelan<br>Magistrate Judge David D. Leshner |
| | Courtroom 3C |

CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Federal Rule of Civil Procedure 7.1(a), Defendant Green Dot Bank, by counsel, hereby submits this Corporate Disclosure Statement:

1.      Green Dot Bank is a Utah-chartered bank.

2.      Green Dot Corporation is the parent corporation of Green Dot Bank and owns 100% of its stock. Green Dot Corporation is a publicly traded company traded on the NYSE. Green Dot Bank has no subsidiaries.

3.      Green Dot Bank has no other parent corporations.

4.      A supplemental disclosure statement will be filed upon any change in the information provided herein.

Dated:  April 13, 2026                Respectfully submitted,

By: */s/ Hakob J. Mesropian*
    Hakob J. Mesropian
    Attorney for Defendant GREEN DOT BANK

CORPORATE DISCLOSURE STATEMENT

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 13, 2026, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

- **Hakob J. Mesropian-** Hakob.Mesropian@Dinsmore.com, wendy.yones@dinsmore.com
- **Roberto Robledo** – roberto@robertorobledo.com

I declared under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated:  April 13, 2026          Respectfully submitted,


                                By: */s/ Hakob J. Mesropian*
                                      Hakob J. Mesropian
                                      Attorney for Defendant GREEN DOT BANK

CORPORATE DISCLOSURE STATEMENT